UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:12-cr-00054 |
| | ) | |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| EDWARD WAYNE HENRY | ) | |

ORDER OF DISMISSAL

Before the Court is the Government's motion for leave of Court to dismiss the criminal indictment against Edward Wayne Henry, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Leave of Court is granted, and the criminal indictment in this case is hereby dismissed.

ORDERED this 19th day of March, 2014.

WILLIAM J. HAYNES, JR.
CHIEF, UNITED STATES DISTRICT JUDGE