# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )   No. 3:12-00054
)   Chief Judge Haynes
)
EDWARD WAYNE HENRY, )
)
    Defendant. )

## O R D E R

On September 17, 2012, the Government entered into a pretrial diversion agreement with Defendant, Edward Wayne Henry, that was approved by the Court and filed on September 18, 2012. On March 17, 2014, the Government filed a motion for leave to dismiss the Indictment (Docket Entry No. 20), stating that the United States Probation and Pretrial Services Office advised the Government that Defendant "completed his 18-month term of Pretrial Diversion effective March 17, 2014, but will continue to make restitution payments." On March 19, 2014, the Government's proposed Order of dismissal (Docket Entry No. 20-1) was entered by the Court. (Docket Entry No. 21).

The Court's Order (Docket Entry No. 21) is **CLARIFIED** so that Defendant continues to make restitution payments, as set forth in the Government's motion (Docket Entry No. 20).

It is so **ORDERED**.

**ENTERED** this _8ᵗʰ_ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge